# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO QUASH** |
| | ) | |
| vs. | ) | |
| | ) | |
| Babatope Joseph Aderinoye, | ) | Case No. 1:19-cr-198 |
| | ) | |
| Defendant. | ) | |

On March 30, 2021, on motion by the United States, the court dismissed the second superseding indictment against defendant Aderinoye due to the lengthy sentence (408 months imprisonment) that he received on March 25, 2021, in the United States District Court for the Eastern District of Texas. (Doc. Nos. 70 and 71).

On March 3, 2021, the United States filed a motion to quash the arrest warrant for defendant Aderinoye as no further action is presently warranted. The court **GRANTS** the United States' motion (Doc. No. 72) and quashes the arrest warrant for defendant Aderinoye.

**IT IS SO ORDERED.**

Dated this 31st day of March, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court